**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6972**

LOUIS RYCHWALSKI, JR.,

                    Plaintiff - Appellant,

          v.

LT CLAYTON; CO# MILLER; CO# COLLOTTA; MRS. K. GREEN,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  George L. Russell, III, District Judge.
(1:12-cv-02259-GLR)

Submitted:  September 26, 2013      Decided:  September 30, 2013

Before SHEDD, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis Rychwalski, Jr., Appellant Pro Se.  Stephanie Judith
Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Rychwalski, Jr., appeals from the district court's order granting Defendants' motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2006) civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Rychwalski v. Clayton, No. 1:12-cv-02259-GLR (D. Md. June 14, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2